

# LIBERTYBELL LAW GROUP
### CIVIL DIVISION

09-16-371-CR
09-16-372-CR
09-16-378-CR

December 6, 2017

**FILED**

DEC 1 1 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

Court of Appeals
Ninth District
Clerk: Carol Anne Harley
1001 Pearl Street Suite 330
Beaumont, TX 77701

Robert Vajda

Dear Sir/Madam,

A letter pursuant to Tex.R.App. Proc. 48.4 has been sent to the client by certified mail on December 6, 2017. A copy of the return receipt is enclosed.

Sincerely,
LibertyBell Law Group

*David S. Miller*
David S. Miller, Esq.
Texas Bar No. 24047510

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | |
| --- | --- |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7016 2710 0000 8498 0967

Postmark
Here

FILED

DEC 1 1 2017

CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS